## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| The Cadle Company II, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.  4:11cv00711 TCM |
| | ) |
| Raymond N. Hubbard, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On April 20, 2011, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri.  Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case.  Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Stephen N. Limbaugh, Jr., U.S. District Judge.

Dated this 21st day of April, 2011.

                                                  JAMES G. WOODWARD
                                                CLERK OF COURT

                                                By: /s/ Karen Moore
                                                Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 1:11cv00064 SNLJ.**